UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRACEY LUTHER,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**DIANA HARRISON, <u>et</u> <u>al.</u>**<br><br>　　　　**Defendant.** | 07-CV-01925 (TFH) |

**<u>ORDER</u>**

　　　　On October 25, 2007, the Court received Diana Harrison's [1] Notice of Removal, which is styled as a motion requesting that the "Notice of Removal be accepted and that the State Court Action be removed to the United States District Court for the District of Columbia." Def.'s Notice of Removal 4. 28 U.S.C. § 1446 governs removal procedures and provides that a defendant seeking to remove a civil case from a state court to a federal district court file a notice of removal in the appropriate federal district court. 28 U.S.C. § 1446(a). The statute goes on to state that:

> Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, *which shall effect the removal* and the State court shall proceed no further unless and until the case is remanded.

28 U.S.C. § 1446(d) (emphasis added). Because the statute indicates that removal is automatically effectuated if the defendant properly files the required notices, the defendant need not move for an order "accepting" the notice; accordingly, the defendant's motion to accept the notice of removal is **DENIED**. It also is

**ORDERED** that all parties shall appear for an initial scheduling conference to take place on **Tuesday, December 18, 2007, at 10:30 a.m., in Courtroom 25A**, which is located in the Judge William B. Bryant Annex to the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., 20001.  Counsel shall confer in accordance with Rule 26 of the Federal Rules of Civil Procedure and LCvR 16.3 of the Rules of the United States District Court for the District of Columbia and submit no later than five business days in advance of the initial scheduling conference a joint written report addressing the matters prescribed in those rules and proposing a schedule for further proceedings in this case, such as deadlines for the parties to complete discovery and file anticipated dispositive motions.  The parties' joint report also should advise the Court whether the parties consent to transfer this case to a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c).  It also is

**ORDERED** that all documents be filed by electronic means in compliance with LCvR 5.4, which addresses cases assigned to the Case Management/Electronic Case Management Filing System ("CM/ECF").  Parties may obtain a CM/ECF password from the Clerk of the Court.  A copy of the Rules of the United States District Court for the District of Columbia is available on the Court's website at http://www.dcd.uscourts.gov.  It finally is

**ORDERED** that any request for a continuance of a court date shall be by motion and must include alternative dates that have been agreed to by all parties.

The Court expects professionalism, courtesy and civility to govern the parties' conduct at all times during these proceedings.

**SO ORDERED.**

November 6, 2007                                                          /s/ *Thomas F. Hogan*
                                                                            Thomas F. Hogan
                                                                            Chief Judge