UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRACEY LUTHER, | * | |
| | * | Civil Action No.   071923 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| DIANA HARRISON, ET AL. | * | |
| | * | |
| Defendants. | * | |
| | * | |

*************************************************************************

## PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT XLIBRIS COPORATION

NOW COMES Plaintiff Tracey Luther, by and through her counsel, Tami L. Taylor, and pursuant to Rule 41 (a)(1)(i) of this Honorable Court's Civil Rules, and hereby submits this "voluntary" Notice of Dismissal, dismissing Defendant Xlibris Corporation in the above capioned matter. Defendant has not filed its Answer.

WHEREFORE, Plaintiff Tracey Luther respectfully requests that Defendant Xlibris Corporation be dismissed from this action with prejudice.

Respectfully Submitted,

/s/
_____
Tamika L. Taylor, Esq., D.C. Bar #474305
1875 Eye Street, N.W., Ste. 557
Washington, D.C. 20006
(202) 429-2031
tamitayloresq@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this **29th day of November 2007**, a copy of the foregoing Notice of Dismissal was served via 1st class mail postage prepaid upon:

Jonathan W. Hugg, Esq.
Obermayer, Rebmann, Maxwell & Hippel, LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1895

Sidney S. Friedman, Esq.
Weinstock, Friedman & Friedman, P.A.
Executive Centre
4 Reservoir Circle
Baltimore, Maryland 21208

                                                    /s/
                                          Tamika L. Taylor, Esq.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRACEY LUTHER, | * | |
| | * | Civil Action No.     071923 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| DIANA HARRISON, ET AL. | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# ORDER

Upon consideration of the Voluntary Notice of Dismissal in the above captioned matter, and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2007, that any and all claims of Plaintiff Luther against Defendant Xlibris Corporation is hereby dismissed with prejudice.

_____
Judge, United States District Court

**Copies to:**

Tamika L. Taylor, Esq.
1875 Eye Street, Ste. 557
Washington, D.C. 2006

Jonathan W. Hugg, Esq.
Obermayer, Rebmann, Maxwell & Hippel, LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1895

Sidney S. Friedman, Esq.
Weinstock, Friedman & Friedman, P.A.
Executive Centre
4 Reservoir Circle
Baltimore, Maryland 21208