UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRACEY LUTHER, | * | |
| | * | Civil Action No.   071923 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| DIANA HARRISON, ET AL. | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF APPEARANCE**

The Clerk of this Honorable Court will please enter the appearance of Tamika L. Taylor as counsel for Plaintiff tracey Luther. Ms. Taylor is a member of this Court's Bar, and has offices located at 1875 Eye Street, N.W., Ste 557, Wahington, D.C. 20006.

Respectfully Submitted,

/s/
_____
Tamika L. Taylor, Esq., D.C. Bar #474305
1875 Eye Street, N.W., Ste. 557
Washington, D.C. 20006
(202) 429-2031
tamitayloresq@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th **day of November 2007**, a copy of the foregoing Notice of Appearance was served via 1st class mail postage prepaid upon:

Jonathan W. Hugg, Esq.
Obermayer, Rebmann, Maxwell & Hippel, LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1895

Sidney S. Friedman, Esq.
Weinstock, Friedman & Friedman, P.A.
Executive Centre
4 Reservoir Circle
Baltimore, Maryland 21208

                                                               /s/
                                        Tamika L. Taylor, Esq., D.C. Bar #474305