UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

TRACEY LUTHER,                          *
                                        *    Civil Action No.    071923
              Plaintiff,                *
                                        *
v.                                      *
                                        *
DIANA HARRISON, ET AL.                  *
                                        *
              Defendants.               *
                                        *

*****************************************************************************

## JOINT STATUS REPORT & DISCOVERY PLAN

Tracey Luther, Plaintiff, by and through her attorney, Tamika L. Taylor, and Diana

Harrison, Defendant, by and through her attorneys, Sidney S. Friedman, Rosemary E. Allulis, and

Weinstock, Friedman & Friedman, P.A., pursuant to Federal Rule 26, and Local Rule 16.3,

jointly submit the following Joint Meet and Confer Statement:

1.      **Plaintiff's Statement of the Case**

This is a tort action filed by Plaintiff Tracey Luther, a resident of the District of Columbia

against Diana Harrison, a resident of Prince George's County, Maryland for invasion of privacy,

commercial misappropriation of one's identity, intentional infliction of emotional distress,  and

punitive damages.  Specifically, Plaintiff alleges that her damages are the result of Defendant

Harrison's authoring, marketing, publishing and selling a nonfiction and semi-biographical novel

titled *"1409"* ("Novel").  The  Novel purports to depict Defendant's residency in a 14 unit

apartment building located on G Street, N.E., during the 70s and 80s.  Additionally, Plaintiff

alleges that on pages 67-69 of the  Novel, Defendant identifies Plaintiff by her first name and

1

reveals personal, private and derogatory information about Plaintiff's previous drug use and a physical altercation which occurred between the Parties.

Moreover, Plaintiff alleges that Defendant has marketed and sold the Novel for profit in the amount of $17.84-27.89 on the INTERNET, Amazon.com, Black Expressions, Borders, Barnes and Nobles and in the Greater Washington, D.C., area where persons known to the Parties have read and identified her with the negative information contained in the Novel written by Defendant. Plaintiff never gave Defendant authorization to divulge such personal, private and embarrassing information and/or use her identity and likeness for commercial purposes. As such, she seeks compensatory damages in the amount of $800,000 and punitive damages in the amount of $100,000.

**2.     Defendant's Statement of the Case**

As is set forth in Defendant's Answer, Ms. Harrison authored a nonfictional novel entitled, "1409." Ms. Harrison denies that this novel depicts her actual residency or any facts or events depicting actual persons living in or about the 14 unit apartment building located in G Street, N.E.. The novel is largely fiction, with ideas for the book loosely taken from her residency in this apartment building. It was actually written in approximately the late 1970's and the early 1980's, and was copyrighted on March 14, 1996, when Ms. Harrison submitted Short Form TX to the copyright office. The character in her book, named "Tracy," is not based upon the Plaintiff, and could not be, given the time period that the book covers.

**3.     Alternative Dispute Resolution**

At this time the Parties have not agreed to participate in ADR, however, should there be a need for ADR, to include mediation, the Parties will seek assistance from the Court within 45

2

days of the submission of this Report.

**4**.      **Proposed Deadline for Joining Additional Parties**

At this time, the Parties do not foresee that any additional parties will be added to this suit, however, they agree that any  additional parties will be joined within 60 days from the date of the Scheduling Order.

**5.      Proposed Discovery Plan**

A.      Rule 26(a)(1) initial disclosures will be made by January 15, 2008.

B.      Written discovery will be in accordance with the Federal Rules, and will be served upon other parties by February 15, 2008.  There will be up to 15 hours of depositions per party.

**6.      Discovery Deadline**
Discovery will be closed within 120 days following the initial Scheduling Conference, in accordance with the standard track schedule.

7.      **Expert Witnesses**
If necessary, both parties agree to provide Rule 26(a)(2) expert witness disclosures by March 15, 2008.  Each party will then name rebuttal expert witnesses by April 15, 2008.

**8.      Pretrial Conference**
The pretrial conference should be scheduled in accordance within  6-7 months, with the trial date to be set during the pretrial conference, for a date 30 to 60 days following the pretrial.

**9.      Dispositive Motions Deadline**
Because discovery has not yet commenced, the parties agreed that it is too early in the process to determine whether the case may be resolved through summary judgment.  The parties will adhere to the motions' deadline as set forth in the standard track schedule.

**10.      Magistrate Judge**
The parties do not agree to submit the case for ADR at this time, but the possibility of mediation with a magistrate judge will be explored as the case progresses.

**11.      Bifurcated Issues**
There is no reason to  bifurcate the case by trying the liability issues before the damages issues, or bifurcated in any other way.

3

12.     **Jury/Non-Jury Trial and Lengthy of Trial**
          This will be a jury trial, and approximately two days are required.

13.     **Other Suggestions**
          There are no other  suggestions for shortening or simplifying the case.

Respectfully Submitted,


_____/S/_____    _____
Tamika L. Taylor, Esq., D.C. Bar #474305
1875 Eye Street, N.W., Ste. 557
Washington, D.C. 20006
(202) 429-2031
tamitayloresq@aol.com

Attorney for Plaintiff


_____/S/_____
Sidney S. Friedman, Esq.
D.C. Bar #: 464753
ssf@weinstocklegal.com


_____/S/_____
Rosemary E. Allulis, Esq.
Federal Bar No.: 26625 (Maryland)
(Admitted to Federal Court for the District
 of Columbia)
rea@weinstocklegal.com

Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, Maryland 21208

410-559-9000
410-559-9009 Fax

Attorneys for Defendant