UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACEY LUTHER,

        Plaintiff,

v.                                              07-CV-01925 (TFH)

DIANA HARRISON,

        Defendant.

## SCHEDULING ORDER

Upon consideration of the matters discussed during the scheduling conference that took place in open court on December 18, 2007, and the parties' Joint Status Report & Discovery Plan [Dkt. No. 8], it hereby is **ORDERED** that:

1. The initial disclosures required by Rule 26 of the Federal Rules of Civil Procedure shall be provided to the other party no later than January 15, 2008.

2. Written discovery shall comply with the applicable federal rules and shall be served on the other party no later than February 15, 2008.  Each party is allocated a total of 15 hours to take depositions.

3. Discovery shall be completed by April 21, 2008.

4. If applicable, the parties shall disclose to the other party the identity of any expert witnesses by March 17, 2008.  The identity of any rebuttal expert witnesses shall be disclosed to the other party by April 15, 2008.

5. The parties shall appear on June 9, 2008, at 9:30 a.m. in Courtroom 25A, for a post-discovery status conference and to set a schedule for the filing of dispositive motions.

6. Pretrial conferences and a trial date will be scheduled after the resolution of any dispositive motions.

7. Pursuant to LCvR 16.1(b) and LCvR 7(m), any request to continue a court date shall be by motion after conferring with the other party.  Any motion requesting to continue a court date shall propose alternative dates mutually agreed to by all parties.

8. With the exception of court dates and the deadline for the conclusion of discovery, other deadlines ordered by the Court may be changed by mutual consent of the parties, in which case the parties shall file a Consent Notice identifying the changed deadlines and indicating the parties' consent. The new deadlines shall be effective upon the filing of the Consent Notice without the need for a court order.

9. The parties and their counsel are expected to evaluate their respective cases for settlement purposes and may request that a settlement conference be scheduled before the Magistrate Judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court promptly by filing a stipulation.

**SO ORDERED.**

December 31, 2007 /s/ *Thomas F. Hogan*
Thomas F. Hogan
Chief Judge