UNITED STATES DISTRICT C0URT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| TRACEY LUTHER | * | |
| | * | |
|     Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| DIANA HARRISON, et al | * | |
| | * | |
|     Defendants | * | Civil Action No.: 07-CV-01925 (TFH) |

*************************************************************************

## MOTION TO STRIKE PLAINTIFF'S STIPULATION OF DISMISSAL OF DEFENDANT DIANA HARRISON

    NOW COMES, Diana L. Harrison, Defendant, by and through her attorneys, Sidney S. Friedman, Rosemary E. Allulis, and Weinstock, Friedman & Friedman, P.A., and pursuant to Federal Rules of Civil Procedure, Rule 41, herein moves the Court to strike Plaintiff's Stipulation of Dismissal of Defendant Diana Harrison, and for cause states as follows:

    1.    In her filing, Plaintiff cites Rule 41(a)(1)(i), however, that provision of the Rule cannot apply to Plaintiff's Stipulation of Dismissal, as Defendant has already filed an Answer.

    2.    Furthermore, Defendant has never "stipulated" to a dismissal <u>without</u> prejudice, and, in fact, has only discussed agreeing to a dismissal <u>with</u> prejudice. Thus, any representation to the Court that Defendant stipulated to this filing is not accurate, and it must therefore be struck.

    3.    When Plaintiff's counsel informed co-counsel for Defendant that Plaintiff

intended on dismissing her complaint, the parties were involved in the midst of a discovery dispute concerning Plaintiff's complete failure to provide her Rule 26(a) Initial Disclosures, and her failure to timely respond to Defendant's discovery requests.

4. After Defendant's counsel stated Defendant's intention to file a Motion to Compel and for Sanctions, Plaintiff then provided untimely Answers to Interrogatories, however, they were never executed.

5. Responses to Request for Production of Documents have never been produced by Plaintiff.

6. After further communication with Plaintiff's counsel regarding the outstanding discovery, the prejudice it was causing Defendant, and Defendant's intention to file the Motion to Compel and for Sanctions, Plaintiff's counsel then stated that Plaintiff would be dismissing her Complaint. Based upon this, and in good faith, Defendant held off on filing the Motion to Compel. However, when Defendant's counsel received the proposed dismissal, and saw that it was without prejudice, she sent correspondence to Plaintiff's counsel stating that Defendant requests the dismissal be with prejudice. *See* Exhibit 1.

7. Thereafter, when the dismissal with prejudice was not received, during a follow-up telephone conversation on April 16, 2008, Plaintiff's counsel stated that Plaintiff would agree to a dismissal with prejudice, and that one would be forwarded for signature.

8. After several days passed without receiving the dismissal, Defendant's counsel sent further correspondence in this regard, and also attached a dismissal with prejudice that Defendant would agree to, for Plaintiff's counsel to use. The dismissal prepared by Defendant's counsel was not signed or filed, and presumably, not agreed to by Plaintiff. *See* Exhibit 2.

9.   Only one day later, the present dismissal Plaintiff's Stipulation of Dismissal of Defendant Diana Harrison was filed, something that Defendant did not stipulate to.

10.   Should this matter be dismissed without prejudice, it would only serve to permit Plaintiff to fail to comply with this Court's Scheduling Order and the Federal Rules of Civil Procedure for discovery, by having the case dismissed, only to be re-filed at a later date.

11.   Pursuant to the Scheduling Order, discovery closed on April 21, 2008.

12.   Plaintiff's conduct in this litigation has not been in good faith, as is partially evidenced by this most recent filing. Through written correspondence and telephone conversations with Plaintiff's counsel, Defendant's co-counsel made it clear that Defendant would not agree to a dismissal without prejudice. Given this, filing an alleged stipulation in direct contradiction is not a stipulation, is disingenuous, and most certainly is prejudicial to Defendant.

13.   Defendant is contemporaneously filing a motion to address the discovery dispute.

WHEREFORE, Diana L. Harrison, Defendant, requests this Honorable Court to:

A.   Strike Plaintiff's Stipulation of Dismissal of Defendant Diana Harrison;

B.   Award Defendant her attorneys fees in filing this Motion;

C.   Other such and further relief as this Court deems proper.

Respectfully submitted,

<u>Sidney S. Friedman /s/</u>
Sidney S. Friedman
D.C. Federal Bar No.: 464753

<u>Rosemary E. Allulis /s/</u>
Rosemary E. Allulis
Federal Bar No.: 26625

Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, Maryland 21208
(410) 559-9000
(410) 559-9009 Fax
ssf@weinstocklegal.com
rea@weinstocklegal.com

Attorneys for Defendant Diana L. Harrison



## LAW OFFICES
## WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.

EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009
NORTHERN VA, DC & MD SUBURBS
800-999-8286

WWW.WEINSTOCKLEGAL.COM

**PARTNERS**
SIDNEY S. FRIEDMAN (MD, DC)
EDWARD J. FRIEDMAN (MD, DC, VA)
JEFFREY M. LIPPMAN (MD, DC)

**OF COUNSEL**
MELVYN J. WEINSTOCK
MARC E. SHACH

**MANAGING ATTORNEYS**
ILONA M. FISHER
WILLIAM H. THRUSH, JR. (MD, DC)

**ATTORNEYS**
GREG I. ROSE (MD, DC, PA, VA)
MICHAEL W. MOORE (MD, DC)
CRAIG A. SCHOENFELD
CHRISTINE GAGE
SHANNON B. KRESHTOOL (MD, DC)
H. JEFFREY ZIEGLER (MD, DC)
DENISE L. KINNARD
JOHN R. ROSSBACH
J C AMOS (MD, WV)
JASON E. SOLOMON (MD, DC)
OWEN BLUM (MD, DC)
WALTER D. TY
REBECCA A. CARTER
JAMIE B. GLICK (MD, DC)
KIMBERLY A. SAXON
VICTOR A. LEMBO
MELISSA L. FRENTZ
LISA D. ETTLINGER
LISA L. GEIER
LISA M. GOLDBLATT (MD, DC, NY)
DARLENE T. DAVIES
LAYLA SAID
JORDAN I. SELZER (MD, DC)
D. WILLIAM BROOKE (MD, DC)
TATARSHA D. HARRIS (MD, NY, NJ)
SUZAN A. PHILLIPS (MD, MA, JAMAICA)
WAYNE G. GRACEY (MD, PA)
ROSEMARY E. ALLULIS
BRIAN GREUTER

April 10, 2008

Ms. Tami L. Taylor
Attorney-At-Law
1875 I Street, N.W., 5th Floor
Suite 557
Washington, D.C. 20006
<u>Via US Mail and Fax 202-429-9574</u>

        Re: <u>Luther v. Harrison</u>
          U.S. Federal District Court for the
          District of Columbia
          <u>Dismissal</u>

Dear Ms. Taylor,

  This letter is to follow-up on our recent conversation regarding your client's decision to dismiss this case. Although you did forward a notice of dismissal to me, I emailed you back regarding some changes; Sidney Friedman's name must be added, and my name was not spelled correctly. Additionally, pursuant to Rule 41, this dismissal will need to be actually signed by the attorneys for both parties to the action. Please forward a notice to us for signature.

  In that regard, I noted that the dismissal that you emailed to me was a dismissal without prejudice. Ms. Harrison should not be placed in the position whereby this lawsuit could be re-filed at some later date. Therefore, we request that this dismissal be with prejudice.

  Please respond back immediately upon receipt of this letter. The longer this case remains open, the more Ms. Harrison is being prejudiced. Thank you in advance for your anticipated cooperation.

            Very truly yours,

            WEINSTOCK, FRIEDMAN
            & FRIEDMAN, P.A.

            Rosemary E. Allulis

cc:

Diana Harrison
2634 Parkland Drive
District Heights, Maryland 20747



EXHIBIT 1

---

DISTRICT OF COLUMBIA OFFICE 1413 K STREET, N.W., SUITE 1500, WASHINGTON, DC 20005
VIRGINIA OFFICE 10500 SAGER AVENUE, SUITE F, FAIRFAX, VA 22030 - OTHER LOCATIONS: YORK, PA; SILVER SPRING, FREDERICK & EASTON, MD

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    1997
CONNECTION TEL                          12024299574
SUBADDRESS
CONNECTION ID
ST. TIME                    04/10 14:51
USAGE T                     00'18
PGS. SENT                   1
RESULT                      OK
```



# LAW OFFICES
## WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.
EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009
NORTHERN VA, DC & MD SUBURBS
800-999-8286

WWW.WEINSTOCKLEGAL.COM

**PARTNERS**
SIDNEY S. FRIEDMAN (MD, DC)
EDWARD J. FRIEDMAN (MD, DC, VA)
JEFFREY M. LIPPMAN (MD, DC)

**OF COUNSEL**
MELVYN J. WEINSTOCK
MARC E. SHACH

**MANAGING ATTORNEYS**
ILONA M. FISHER
WILLIAM H. THRUSH, JR. (MD, DC)

**ATTORNEYS**
GREG I. ROSE (MD, DC, PA, VA)
MICHAEL W. MOORE (MD, DC)
CRAIG A. SCHOENFELD
CHRISTINE GAGE
SHANNON B. KRESHTOOL (MD, DC)
H. JEFFREY ZIEGLER (MD, DC)
DENISE L. KINNARD
JOHN R. ROSSBACH
J C AMOS (MD, WV)
JASON E. SOLOMON (MD, DC)
OWEN BLUM (MD, DC)
WALTER D. TV
REBECCA A. CARTER
JAMIE B. GLICK (MD, DC)
KIMBERLY A. SAXON
VICTOR A. LEMBO
MELISSA L. FRENTZ
LISA D. ETTLINGER
LISA L. GEIER
LISA M. GOLDBLATT (MD, DC, NY)
DARLENE T. DAVIES
LAYLA SAID
JORDAN I. SELZER (MD, DC)
D. WILLIAM BROOKE (MD, DC)
TATARSHA D. HARRIS (MD, NY, NJ)
SUZAN A. PHILLIPS (MD, MA, JAMAICA)
WAYNE G. GRACEY (MD, PA)
ROSEMARY E. ALLULIS
BRIAN GREUTER

April 10, 2008

Ms. Tami L. Taylor
Attorney-At-Law
1875 I Street, N.W., 5th Floor
Suite 557
Washington, D.C. 20006
Via US Mail and Fax 202-429-9574

Re:   Luther v. Harrison
      U.S. Federal District Court for the
      District of Columbia
      Dismissal

Dear Ms. Taylor,

   This letter is to follow-up on our recent conversation regarding your client's decision to dismiss this case. Although you did forward a notice of dismissal to me, I emailed you back regarding some changes; Sidney Friedman's name must be added, and my name was not spelled correctly. Additionally, pursuant to Rule 41, this dismissal will need to be actually signed by the attorneys for both parties to the action. Please forward a notice to us for signature.

   In that regard, I noted that the dismissal that you emailed to me was a dismissal without prejudice. Ms. Harrison should not be placed in the position whereby this lawsuit could be re-filed at some later date. Therefore, we request that this dismissal be with prejudice.

   Please respond back immediately upon receipt of this letter. The longer this case remains open, the more Ms. Harrison is being prejudiced. Thank you in advance for your anticipated cooperation.



# LAW OFFICES
# WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.
EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009
NORTHERN VA, DC & MD SUBURBS
800-999-8286

WWW.WEINSTOCKLEGAL.COM

PARTNERS
SIDNEY S. FRIEDMAN (MD, DC)
EDWARD J. FRIEDMAN (MD, DC, VA)
JEFFREY M. LIPPMAN (MD, DC)

OF COUNSEL
MELVYN J. WEINSTOCK
MARC E. SHACH

MANAGING ATTORNEYS
ILONA M. FISHER
WILLIAM H. THRUSH, JR. (MD, DC)

ATTORNEYS
GREG I. ROSE (MD, DC, PA, VA)
MICHAEL W. MOORE (MD, DC)
CRAIG A. SCHOENFELD
CHRISTINE GAGE
SHANNON B. KRESHTOOL (MD, DC)
H. JEFFREY ZIEGLER (MD, DC)
DENISE L. KINNARD
JOHN R. ROSSBACH
J C AMOS (MD, WV)
JASON E. SOLOMON (MD, DC)
OWEN BLUM (MD, DC)
WALTER D. TY
REBECCA A. CARTER
JAMIE B. GLICK (MD, DC)
KIMBERLY A. SAXON
VICTOR A. LEMBO
MELISSA L. FRENTZ
LISA D. ETTLINGER
LISA L. GEIER
LISA M. GOLDBLATT (MD, DC, NY)
DARLENE T. DAVIES
LAYLA SAID
JORDAN I. SELZER (MD, DC)
D. WILLIAM BROOKE (MD, DC)
TATARSHA D. HARRIS (MD, NY, NJ)
SUZAN A. PHILLIPS (MD, MA, JAMAICA)
WAYNE G. GRACEY (MD, PA)
ROSEMARY E. ALLULIS
BRIAN GREUTER

April 22, 2008

Ms. Tami L. Taylor
Attorney-At-Law
1875 I Street, N.W., 5th Floor
Suite 557
Washington, D.C. 20006
Via US Mail and Fax 202-429-9574

Re: Luther v. Harrison
U.S. Federal District Court for the
District of Columbia
Dismissal

Dear Ms. Taylor,

This letter is to follow-up on our recent conversation regarding your client's decision to dismiss this case. During our telephone conversation on Wednesday, April 16, 2008, you stated that your client had agreed to dismiss this case with prejudice. Since that time, however, I have not heard back from you.

For your convenience, I have prepared and attached a stipulation of dismissal for filing. We request that you file upon receipt so that this matter can be resolved.

Very truly yours,

WEINSTOCK, FRIEDMAN
& FRIEDMAN, P.A.

Rosemary E. Allulis

Enclosure

cc:

Diana Harrison
2634 Parkland Drive
District Heights, Maryland 20747

EXHIBIT 2

DISTRICT OF COLUMBIA OFFICE 1413 K STREET, N.W., SUITE 1500, WASHINGTON, DC 20005
VIRGINIA OFFICE 10500 SAGER AVENUE, SUITE F, FAIRFAX, VA 22030  -  OTHER LOCATIONS:  YORK, PA; SILVER SPRING, FREDERICK & EASTON, MD

UNITED STATES DISTRICT C0URT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| TRACEY LUTHER | * |
| Plaintiff | * |
| v. | * |
| DIANA HARRISON, et al | * |
| Defendants | *   Civil Action No.: 07-CV-01925 (TFH) |

*****************************************************************

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES, Tracey Luther, Plaintiff, by and through her attorneys, Tami L. Taylor, and Diana L. Harrison, Defendant, by and through her attorneys, Sidney S. Friedman, Rosemary E. Allulis, and Weinstock, Friedman & Friedman, P.A., and pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), and through voluntary stipulation of the parties, herein dismisses the above-captioned action with prejudice.

Tamika L. Taylor   /s/
Tamika L. Taylor
D.C. Bar #: 474305
1875 Eye Street, N.W., Ste. 557
Washington, D.C. 20006
202-429-2031
tamitayloresq@aol.com
Attorney for Plaintiff

Sidney S. Friedman /s/
Sidney S. Friedman
D.C. Federal Bar No.: 464753
Rosemary E. Allulis /s/
Rosemary E. Allulis
Federal Bar No.: 26625
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, Maryland 21208
(410) 559-9000
(410) 559-9009 Fax
ssf@weinstocklegal.com
rea@weinstocklegal.com

Attorneys for Defendant Diana Harrison

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                      2088
CONNECTION TEL                        12024299574
SUBADDRESS
CONNECTION ID
ST. TIME                      04/22 14:52
USAGE T                       00'21
PGS. SENT                     2
RESULT                        OK
```



**PARTNERS**
SIDNEY S. FRIEDMAN (MD, DC)
EDWARD J. FRIEDMAN (MD, DC, VA)
JEFFREY M. LIPPMAN (MD, DC)

**OF COUNSEL**
MELVYN J. WEINSTOCK
MARC E. SHACH

**MANAGING ATTORNEYS**
ILONA M. FISHER
WILLIAM H. THRUSH, JR. (MD, DC)

**ATTORNEYS**
GREG I. ROSE (MD, DC, PA, VA)
MICHAEL W. MOORE (MD, DC)
CRAIG A. SCHOENFELD
CHRISTINE GAGE
SHANNON B. KRESHTOOL (MD, DC)
H. JEFFREY ZIEGLER (MD, DC)
DENISE L. KINNARD
JOHN R. ROSSBACH
J C AMOS (MD, WV)
JASON E. SOLOMON (MD, DC)
OWEN BLUM (MD, DC)
WALTER D. TY
REBECCA A. CARTER
JAMIE B. GLICK (MD, DC)
KIMBERLY A. SAXON
VICTOR A. LEMBO
MELISSA L. FRENTZ
LISA D. ETTLINGER
LISA L. GEIER
LISA M. GOLDBLATT (MD, DC, NY)
DARLENE T. DAVIES
LAYLA SAID
JORDAN I. SELZER (MD, DC)
D. WILLIAM BROOKE (MD, DC)
TATARSHA D. HARRIS (MD, NY, NJ)
SUZAN A. PHILLIPS (MD, MA, JAMAICA)
WAYNE G. GRACEY (MD, PA)
ROSEMARY E. ALLULIS
BRIAN GREUTER

**LAW OFFICES**
# WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.
EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009
NORTHERN VA, DC & MD SUBURBS
800-999-8286

WWW.WEINSTOCKLEGAL.COM

April 22, 2008

Ms. Tami L. Taylor
Attorney-At-Law
1875 I Street, N.W., 5th Floor
Suite 557
Washington, D.C. 20006
<u>Via US Mail and Fax 202-429-9574</u>

           Re:    <u>Luther v. Harrison</u>
                   U.S. Federal District Court for the
                   District of Columbia
                   <u>Dismissal</u>

Dear Ms. Taylor,

      This letter is to follow-up on our recent conversation regarding your client's decision to dismiss this case. During our telephone conversation on Wednesday, April 16, 2008, you stated that your client had agreed to dismiss this case with prejudice. Since that time, however, I have not heard back from you.

      For your convenience, I have prepared and attached a stipulation of dismissal for filing. We request that you file upon receipt so that this matter can be resolved.

                                                   Very truly yours,

                                                   WEINSTOCK, FRIEDMAN
                                                     &FRIEDMAN, P.A.