UNITED STATES DISTRICT C0URT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| **TRACEY LUTHER** | * | |
| | * | |
|    Plaintiff | * | |
| | * | |
|  v. | * | |
| | * | |
| **DIANA HARRISON, et al** | * | |
| | * | |
|    Defendants | * | Civil Action No.: 07-CV-01925 (TFH) |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **(Proposed) ORDER**

    Upon consideration of Defendant's Motion to Strike Plaintiff's Stipulation of Dismissal of Defendant Diana Harrison, and for good cause shown, it is this _____ day of _____, 2008, hereby

    **ORDERED**: That Defendant's Motion is hereby **GRANTED**; and it is further

    **ORDERED**: That the Plaintiff's Stipulation of Dismissal of Defendant Diana Harrison is hereby stricken from the record; and it is further

    **ORDERED**: That Plaintiff is to pay to Defendant reasonable attorneys fees incurred in the drafting and filing of this Motion in the amount of _____, to be paid within five days of this Order.

_____            _____
Date                                                            United States District Court Judge for the
                                                                      District of Columbia