UNITED STATES DISTRICT C0URT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| TRACEY LUTHER | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| DIANA HARRISON, et al | * |
| | * |
| Defendants | *   Civil Action No.: 07-CV-01925 (TFH) |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**(Proposed) ORDER FOR SANCTIONS**

Upon consideration of Defendant's Motion to Compel Discovery and for Sanctions, and any response thereto, it is this _____ day of _____, 2008, hereby

**ORDERED**: That Defendant's Motion is hereby **GRANTED**; and it is further

**ORDERED**: That pursuant to Federal Rules 37(d) and 37(b)(2)(C) the above-captioned action is dismissed with prejudice;

Alternatively, it is hereby

**ORDERED**: That pursuant to Federal Rule 37(c)(1), Defendant may inform the jury of Plaintiff's failure to make the initial disclosures; pursuant to Federal Rule 37(d) and 37(b)(2)(B), Plaintiff is prohibited from supporting her claims as are set forth in her Complaint, as well as prohibited from introducing any documents into evidence which were requested by Defendant in her discovery requests.

And it is further

**ORDERED**: That Plaintiff is to pay to Defendant reasonable attorneys fees incurred in the drafting and filing of this Motion in the amount of _____, to be paid within five days of this Order.

_____         _____
Date                                United States District Court Judge for the
                                    District of Columbia