UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRACEY LUTHER, | * | |
| | * | Civil Action No.   071923 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| DIANA HARRISON, ET AL. | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S AMENDED STIPULATION OF DISMISSAL**

NOW COMES Plaintiff Tracey Luther, by and through her counsel, Tami L. Taylor, and pursuant to Rule 41 (a)(1)(i) of this Honorable Court's Civil Rules, and hereby submits this voluntary Stipulation of Dismissal, dismissing Defendant Diana Harrison in the above captioned matter.

WHEREFORE, Plaintiff Tracey Luther respectfully requests that Defendant be dismissed from this action with prejudice.

Respectfully Submitted,

/s/
_____
Tamika L. Taylor, Esq., D.C. Bar #474305
1875 Eye Street, N.W., Ste. 557
Washington, D.C. 20006
(202) 429-2031
tamitayloresq@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th **day of April 2008**, a copy of the foregoing Stipulation of Dismissal was served via 1st class mail postage prepaid upon:

Sidney S. Friedman, Esq., D.C. Bar #464753
Rosemary E.Allulis, Esq., Federal Bar#26625
Weinstock, Friedman & Friedman, P.A.
Executive Centre
4 Reservoir Circle
Baltimore, Maryland 21208

/s/
_____
Tamika L. Taylor, Esq.